

cal _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN ANDREWS as DAYMIKE, LLP., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil No. 05cv152 JAH (AJB) <br><br> Order Continuing Settlement Disposition Conference |

Upon advice of counsel for the United States that there is a backlog with regard to settlement funds being issued from Washington D.C., the Settlement Disposition Conference currently scheduled before Magistrate Judge Battaglia on September 1, 2006 is hereby continued to **September 8, 2006 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: 8/31/06

ANTHONY J. BATTAGLIA
United States Magistrate Judge

cc: Judge Houston
    All Counsel of Record