**▯ORIGINAL**

1  CAROL C. LAM
   United States Attorney
2  ERNEST CORDERO, JR.
   Assistant U.S. Attorney
3  State of California Bar No. 131865
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7473

6  Attorneys for Defendant
   UNITED STATES OF AMERICA
7



FILED
SEP 0 7 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
   DAMIAN ANDREWS as DAYMIKE, LLP.,    )   Case No. 05cv0152-JAH (AJB)
12                                      )
                  Plaintiff,            )
13                                      )   **STIPULATION FOR DISMISSAL AND
         v.                             )   [PROPOSED] ORDER THEREON**
14                                      )
   UNITED STATES OF AMERICA,            )
15                                      )   [Fed.R.Civ.P. 41(a)(1)(ii)]
                  Defendant.            )
16                                      )
                                        )
17

1  **IT IS HEREBY STIPULATED** by the parties to this action, through their designated counsel,
2  and pursuant to the terms of a separate Settlement Agreement, that the above-captioned case be, and
3  hereby is, dismissed in its entirety with prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil
4  Procedure, with each party to bear its own attorneys' fees and costs of suit.

6  DATED: July 20, 2006

    JOSEPH T. DIBOS
    Attorney for Plaintiffs

9  DATED: ~~July~~ September 6, 2006

    CAROL C. LAM
    United States Attorney

    ERNEST CORDERO, JR.
    Assistant U.S. Attorney
    Attorneys for Defendant

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned case be, and hereby is, dismissed in its entirety with prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs of suit.

DATED: 9-7-06

HON. JOHN A. HOUSTON
Judge of the District Court